

# NUMBER 13-20-00243-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF PORT ARANSAS, TEXAS,                                   Appellant,

v.

THE PORT OF CORPUS CHRISTI AUTHORITY OF
NUECES COUNTY, TEXAS, AND SAM ESQUIVAL,
IN HIS OFFICIAL CAPACITY OF DIRECTOR OF
REAL ESTATE SERVICES OF THE PORT
OF CORPUS CHRISTI AUTHORITY OF
NUECES COUNTY, TEXAS                                          Appellees.

On appeal from the 117th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on appellant's agreed motion to dismiss the appeal

on grounds that the parties have reached an agreement as to the underlying dispute in

the lawsuit from which this appeal arises. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1. Appellant's agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
24th day of September, 2020.